IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>SMERLING REYNOSO ADAMES [1],<br><br><br>**Defendant(s).** | Case No. 3:22-cr-00308 (FAB) |

## ORDER

The Report and Recommendation filed on July 15, 2022, ECF No. 17 on defendant's Rule 11 proceeding held before Magistrate Judge Marcos E. López on July 13, 2022, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant as to count 1 of the Indictment is accepted. Abbreviated PSR ordered at ECF No. 21

**In Person Sentencing hearing remains set for August 19, 2022 at 10:15 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of August 2022.

                                                s/Francisco A. Besosa
                                                FRANCISCO A. BESOSA
                                                Senior United States District Judge